976 So.2d 177 (2008)
Christie and August M. BERTONIERE
v.
JEFFERSON PARISH HOSPITAL SERVICE DISTRICT NO. 2, d/b/a East Jefferson General Hospital, Stewart A. Nutting, M.D., James D. Conway, M.D., S. Bleich, M.D., and ABC Insurance Company.
No. 2007-C-2276.
Supreme Court of Louisiana.
February 15, 2008.
In re Bertoniere, Christie; Bertoniere, August M.;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. D, No. 503-610; to the Court of Appeal, Fifth Circuit, No. 07-CA-301.
Denied.
JOHNSON, J., would grant.